I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 2/24/04 w/ memo
DEPUTY CLERK

DOCKETED ON CM
FEB 2 5 2004

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 04-1055-PA(RC)          February 24, 2004

Title: IN THE MATTER OF THE EXTRADITION OF DARREN IRWIN COHEN, A fugitive from the Government of Canada

==========================================================
**DOCKET ENTRY**

==========================================================
HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Debra Taylor                         None
Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR COMPLAINANT:    ATTORNEYS PRESENT FOR RESPONDENT:
None Present                          None Present

**PROCEEDINGS:** (IN CHAMBERS) SETTING OF HEARING

On February 17, 2004, the Government filed a document entitled "Filing of Original Formal Extradition Papers and Request for Extradition," seeking the extradition of Darren Irwin Cohen to Canada. Counsel for respondent IS ORDERED to advise the Clerk of Court (Debra Taylor (213) 894-4583), within five (5) days, whether or not he has this document or requires it be served on him.

The Court HEREBY SETS a hearing on this matter for March 24, 2004, at 10:30 a.m., and **orders** counsel for the parties, as well as respondent, to appear. At the hearing, the Court will discuss, among other things, the briefing schedule, if any, for legal memoranda to be filed by respondent and the Government; whether respondent elects to waive his rights in these extradition proceedings and return to Canada; and any other matter counsel for the parties would like to raise.

The Clerk IS ORDERED to serve this Order on the Government, respondent's criminal defense attorney, Dana Cephas of the Federal Public Defender's Office, and the United States Marshal. The Government IS ORDERED to take all steps necessary for respondent to personally appear before the Court on March 24, 2004, at 10:30 a.m.

case041\04-1055.1
2/24/04

Service List:

Beong-Soo Kim
Asst. United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Dana Cephas
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012-4206

Initials of Deputy Clerk _____