

```
                                                              Priority    ✓
                                                              Send        ✓
              UNITED STATES DISTRICT COURT                    Enter       ___
              CENTRAL DISTRICT OF CALIFORNIA                  Closed      ___
                                                              JS-5/JS-6   ___
                                                              JS-2/JS-3   ___
              CIVIL MINUTES--GENERAL                          Scan Only   ___
```

Case No. CV 04-1055-PA(RC)                 Date:  March 24, 2004

Title:  IN THE MATTER OF THE EXTRADITION OF DARREN IRWIN COHEN, A
        fugitive from the Government of Canada
================================================================
**DOCKET ENTRY**

================================================================
        **HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE**

Debra Taylor                          None
Deputy Clerk                          Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
Beong-Soo Kim, AUSA                   Dana Cephas, DFPD

**PROCEEDINGS:**  (IN CHAMBERS) INFORMAL STATUS CONFERENCE


      An informal status conference was held on March 24, 2004,
regarding the extradition of Darren Irwin Cohen to Canada.
Beong-Soo Kim, Assistant United States Attorney, appeared on
behalf of the Government. Dana Cephas, Deputy Federal Public
Defender, appeared on behalf of Mr. Cohen, who was not present.
The Court set the following dates: Government's memorandum of
points and authorities in support of its petition to extradite
Darren Irwin Cohen shall be filed no later than April 9, 2004;
defendant's opposition shall be filed no later than April 30,
2004; government's reply brief shall be filed no later than
May 21, 2004; and the oral argument hearing shall be held on
June 2, 2004, at 9:30 a.m.



Service List:

Beong-Soo Kim                         Dana Cephas
Asst. United States Attorney          Deputy Federal Public Defender
312 North Spring Street               321 E. 2nd Street
Los Angeles, CA 90012                 Los Angeles, CA 90012-4206



case041\04-1055.2
3/24/04
                                      Initials of Deputy Clerk ____

