MARIA E. STRATTON (NO. 090986)
Federal Public Defender
DANA CEPHAS (NO. 181847)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East Second Street
Los Angeles, California 90012
Telephone (213) 894-4791
Facsimile (213) 894-0081

Attorneys for Defendant
DARREN IRWIN COHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARREN IRWIN COHEN, <br><br> Defendant. | NO. CV 04-1055-PA (RMC) <br><br> Related Case No.: CR03-309M <br><br> [PROPOSED] ORDER RE: APPOINTMENT OF COUNSEL <br><br> Honorable Rosalyn M. Chapman |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant's <u>Ex Parte</u> Application Re: Appointment of Counsel is hereby GRANTED and the Court relieves the Federal Public Defenders Office as counsel of record for the defendant.

//
//
//

1  IT IS HEREBY FURTHER ORDERED that ~~an attorney of the Federal~~ Ellen Barry, a member of
2  the Indigent Defense Panel, shall be appointed to represent Darren Irwin Cohen.
3  The Clerk shall serve this order on the parties and
3  DATED: 4/20/04    Ms. Barry.*    [signature]
4  HONORABLE ROSALYN M. CHAPMAN
   United States District Judge

6  Presented by:
7  [signature]
   DANA CEPHAS
   Deputy Federal Public Defender

* Mr. Cephas shall turn over his files to Ms. Barry no later than April 27, 2004, and shall file a declaration attesting to such turn over no later than May 3, 2004.

The date by which defendant must file his opposition to the extradition is extended to May 18, 2004, and the date by which the Gov't shall file its reply is continued to June 8, 2004. Oral argument is continued to June 23, 2004, at 9:30 a.m.

2

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the [PROPOSED] ORDER RE: APPOINTMENT OF COUNSEL.

On April 14, 2004, following ordinary business practice, service was:

| [X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows: | [ ] By hand-delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
|---|---|---|

[ ] By facsimile as follows:

Beong-Soo Kim, AUSA
Assistant United States Attorney
United States Court House
312 North Spring Street, Suite 1227
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on April 14, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ANTOINETTE ROGERS

# NOTICE PARTY SERVICE LIST

**Case No.** CV04-1055-PA(RC)     **Case Title** UNITED STATES v. DARREN IRWIN COHEN

**Title of Document** ORDER RE: APPOINTMENT OF COUNSEL

|   |   |
|---|---|
|   | Atty Sttlmnt Officer |
|   | BAP (Bankruptcy Appellate Panel) |
|   | Beck, Michael J (Clerk, MDL Panel) |
|   | BOP (Bureau of Prisons) |
|   | Calderon, Arthur - Warden, San Quentin |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
|   | CA St Pub Defender (Calif. State PD) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |
|   | Chief Deputy Adm |
|   | Chief Deputy Ops |
|   | Clerk of Court |
|   | Death Penalty H/C (Law Clerks) |
|   | Dep In Chg E Div |
|   | Dep In Chg So Div |
|   | Fiscal Section |
|   | Intake Supervisor |
|   | Interpreter Section |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Santa Ana (PIASA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PSA - Los Angeles (PSALA) |
|   | PSA - Santa Ana (PSASA) |
|   | PSA - Riverside (PSAED) |
|   | Schnack, Randall (CJA Supervising Attorney) |
|   | Statistics Clerk |
|   | Stratton, Maria - Federal Public Defender |

|   |   |
|---|---|
|   | US Attorneys Office - Civil Division -L.A. |
|   | US Attorneys Office - Civil Division - S.A. |
|   | US Attorneys Office - Criminal Division -L.A. |
|   | US Attorneys Office - Criminal Division -S.A. |
|   | US Bankruptcy Court |
|   | US Marshal Service - Los Angeles |
|   | US Marshal Service - Santa Ana |
|   | US Marshal Service - Riverside |
|   | US Probation Office |
|   | US Trustee's Office |

|   |   |
|---|---|
| **X** | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |

Name: Ellen Barry, Esq.

Address: 316 West Second Street, Suite 1202.

Los Angeles, CA  90012

*E-mail:

*Fax No.: 213-621-1644

* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
|   |
|   |
|   |
|   |
|   |

**Initials of Deputy Clerk** _[signature]_