ELLEN M. BARRY (No. 141286)
316 W. Second Street, Suite 1202
Los Angeles, CA 90012
Telephone (213)621-1662
Facsimile (213)621-1644

Attorney for Defendant
DARREN COHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARREN COHEN, ) <br> ) <br> Defendant. ) <br> ) | NO. CV 04-1055-PA(RMC) <br> CR 03-309M <br><br> STIPULATION AND ORDER <br><br> *See change p. 2* |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Beong-Soo Kim, and defendant DARREN COHEN, by and through his attorney of record, Ellen Barry, that the briefing schedule and court date in this case be continued, to permit defense counsel to consult with defendant regarding issues related to the extradition.

The proposed new dates are as follows:

Defendant's memorandum in response to the government's extradition memorandum is due on June 8, 2004; the government's reply, if any, is due June 29, 2004, and the oral argument/hearing

/

1 | date is continued from June 23, 2004 to ~~July 8,~~ 2004 at 9:30 a.m.

July 15, 2004

Respectfully submitted,

DATED: May 17, 2004

/s/ Ellen M. Barry
ELLEN M. BARRY

DEBRA YANG
United States Attorney

DATED: May __, 2004

By_____
BEONG-SOO KIM
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/19/04

/s/
HONORABLE ROSALYN CHAPMAN
United States District Judge

2

1 | date is continued from June 23, 2004 to July 8, 2004 at 9:30 a.m.
2 | Respectfully submitted,
3 |
4 | DATED: May 17, 2004
  | *[signature]*
  | ELLEN M. BARRY
5 |
6 | DEBRA YANG
  | United States Attorney
7 |
8 | DATED: May 17, 2004     By *[signature]*
9 | BEONG-SOO KIM
  | Assistant United States Attorney
10 |
11 |
12 | IT IS SO ORDERED.
13 |
14 | DATED:
15 | HONORABLE ROSALYN CHAPMAN
  | United States District Judge

2