UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. CV 04-1055-PA(RC)        Date: June 17, 2004

Title: IN THE MATTER OF THE EXTRADITION OF DARREN IRWIN COHEN,
A fugitive from the Government of Canada
================================================================
**DOCKET ENTRY**

================================================================
HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Debra Taylor                          None
Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
Beong-Soo Kim, AUSA                   Ellen M. Barry

**PROCEEDINGS:** (IN CHAMBERS) ORDER CHANGING DATE OF EXTRADITION
HEARING

   On June 17, 2004, a telephonic conference was held regarding
the extradition of Darren Irwin Cohen. Beong-Soo Kim, Assistant
United States Attorney, appeared on behalf of the Government, and
Ellen M. Barry, attorney-at-law, appeared on behalf defendant,
who was not present. At the request of defendant's counsel, the
Court **HEREBY CHANGES** the date of the extradition hearing/oral
argument re extradition from July 15, 2004, to July 2, 2004, at
9:30 a.m.

   The Clerk of Court **IS ORDERED** to arrange for the United
States Marshal to bring defendant Darren Irwin Cohen to Judge
Chapman's courtroom, on July 2, 2004, at 9:30 a.m.

Service List:

Beong-Soo Kim                         Ellen M. Barry
Asst. United States Attorney          316 W. Second Street
312 North Spring Street               Suite 1202
Los Angeles, CA 90012                 Los Angeles, CA 90012

Honorable Percy Anderson

case041\04-1055.3
6/17/04


DOCKETED ON CM
JUN 18 2004
BY ___ 064

Initials of Deputy Clerk ___

17