

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 04-1055-PA(RC)          Date: June 24, 2004

Title: IN THE MATTER OF THE EXTRADITION OF DARREN IRWIN COHEN,
A fugitive from the Government of Canada
================================================================
**DOCKET ENTRY**

================================================================
HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Debra Taylor                        None
Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:


**PROCEEDINGS:** (IN CHAMBERS) ORDER FOR GOVERNMENT TO FILE LETTER
        BRIEF

   The Court, having read the Government's Memorandum of Points
and Authorities notes that the Government, at page 6, does not
address whether the charge against petitioner for breach of
recognizance is also an offense in the United States that is
punishable by imprisonment of one year or more. Accordingly, the
Government is ordered to file, no later than June 28, 2004, a
supplemental legal memorandum of no more than 5 pages addressing
this issue. Further, the Government shall send its supplemental
brief by facsimile to opposing counsel and shall provide the
Court, in Chambers, with a courtesy copy of the supplemental
brief.




Service List:

Beong-Soo Kim                       Ellen M. Barry
Asst. United States Attorney        316 W. Second Street
312 North Spring Street             Suite 1202
Los Angeles, CA 90012               Los Angeles, CA 90012

Honorable Percy Anderson

case041\04-1055.4
6/24/04                             Initials of Deputy Clerk ___

