

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. CV 04-1055-PA(RC)                Date:  July 2, 2004

Title:  IN THE MATTER OF THE EXTRADITION OF DARREN IRWIN COHEN,
        A fugitive from the Government of Canada

==================================================================
**DOCKET ENTRY**



==================================================================
        **HON. ROSALYN M. CHAPMAN,   UNITED STATES MAGISTRATE JUDGE**

Debra Taylor                          None
Deputy Clerk                          Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
Beong-Soo Kim, AUSA                   Ellen Barry

**PROCEEDINGS:   ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES (18**
        **U.S.C. § 3006(A)(f)); BRIEFING SCHEDULE; AND CONTINUANCE OF**
        **EXTRADITION HEARING**


        On July 2, 2004, Beong-Soo Kim, Assistant United States
Attorney, appeared on behalf of the Government and Ellen Barry,
attorney-at-law, appeared on behalf of defendant Cohen, who was
present.  The Court **HEREBY APPROVES** the substitution of retained
counsel, Edmundo Espinoza, to represent defendant and relieves
Ms. Barry of her obligations in this matter.  In light of
defendant Cohen's ability to retain counsel, the Court **HEREBY**
**ORDERS** defendant Cohen to completely reimburse the United States,
within thirty (30) days of receipt of attorney's fees bills, for
the legal services provided to him by the Federal Public
Defender's Office and Ms. Barry.  The Court **FURTHER ORDERS** Ms.
Barry and the Federal Public Defender's Office to prepare bills
for their legal services on behalf of defendant, and to provide
those bills to Randall Schnack, no later than July 14, 2004.

        Defendant **IS HEREBY AFFORDED** another opportunity to file an
opposition to the Government's request for extradition, provided
the opposition is filed no later than July 16, 2004; the

21

Government may reply to the opposition no later than July 30, 2004; and the extradition hearing is continued to August 18, 2004, at 9:30 a.m.   However, in the event defendant fails to timely file an opposition, the extradition hearing is continued to July 28, 2004, at 9:30 a.m.

The Clerk of Court **IS ORDERED** to serve this Order on the parties, Ms. Barry, the Federal Public Defender's Office and Mr. Schnack.

case041\04-1055.5
7/2/04

Initials of Deputy Clerk_____

2