Priority ✓
Send ——
Enter ——
Closed ——
JS-5/JS-6 ——
JS-2/JS-3 ——
Scan Only ——

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 2004

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: CV 04-1055-PA (RMC)

CR 03-0309-M

UNITED STATES OF AMERICA,

Plaintiff(s)

v.

DARREN IRWIN COHEN

Defendant(s)

SUBSTITUTION OF ATTORNEY

DARREN IRWIN COHEN ☐ Plaintiff ☒ Defendant ☐ Other _____

*Name of Party*

hereby substitutes _____ EDMUNDO ESPINOZA _____ _____ who is

*State Bar Number*

☒ Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per   POST OFFICE BOX 1150

*Street Address*

DEL MAR, CA 92014        (213) 996-8355  (858) 755-3575   as attorney

*City, State, Zip Code*        *Telephone Number*        *Facsimile Number*

of record in the place and stead of _____ ELLEN BARRY _____

*Present Attorney*

Dated: 6/30/04        D. Cohen

*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 6/30/04        [signature]

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 6/30/04        [signature]

*Signature of New Attorney*

Substitution of Attorney is hereby ☒ Approved. ☐ Denied.

Dated: 7/2/2004        [signature]

United States District Judge

NOTICE TO COUNSEL:  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (10/01)

DOCKETED ON CM

JUL -7 2004

22