EDMUNDO ESPINOZA
Attorney at Law
Post Office Box 1150
Del Mar, CA 92014
Tel (213) 996-8355
Fax (858) 755-3575
State Bar No. 64059

ORIGINAL

Priority ☑
Send ☑
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 3 2004

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Attorney for:
DARREN IRWIN COHEN

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ) | CASE No. CV 04-1055-PA (RMC) $(RC)$ |
| EXTRADITION OF ) | CR 03-0309-M |
| ) | |
| DARREN IRWIN COHEN ) | |
| ) | [PROPOSED] ORDER |
| A Fugitive from the ) | |
| Government of Canada ) | |
| ) | |
| ) | |
| _____ ) | |

FOR GOOD CAUSE SHOWN it is hereby ordered that counsel for

Darren Irwin Cohen, Edmundo Espinoza, be permitted to file his opposition

to extradition brief by ___July 23___, 2004.

IT IS SO ORDERED:

DATED: _7/13/04_

_____
HON. ROSALYN M. CHAPMAN
U.S. Magistrate Judge

DOCKETED ON CM

JUL 1 5 2004

BY_____ 021