DOCKETED ON CM
JUL 21 2004
BY _____ 052

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No.   CV04-1055-PA(RC)                                      Date   July 27, 2004

Title: **IN RE THE EXTRADITION OF DARREN IRWIN COHEN**

---

PRESENT: THE HONORABLE ROSALYN M. CHAPMAN

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Debra Taylor | N/A | NONE |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                       NONE

**PROCEEDINGS:   (IN CHAMBERS)**

The extradition hearing shall be held on Wednesday, August 18, 2004, at 9:30 a.m.

The Clerk shall serve this Order on the parties and the United States Marshal's Service.

Initials of Preparer _____

CV-90 (10/98)                         CIVIL MINUTES - GENERAL