```
 1  DEBRA W. YANG
    United States Attorney
 2  STEVEN D. CLYMER
    Special Assistant United States Attorney
 3  Chief, Criminal Division
    BEONG-SOO KIM (State Bar No. 212911)
 4  Assistant United States Attorney
       1200 United States Courthouse
 5     312 North Spring Street
       Los Angeles, California 90012
 6     Telephone: (213) 894-3868
       Facsimile: (213) 894-0141
 7
    Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA
```



Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM
AUG - 5 2004
BY ___ 052

NOTE CHANGES MADE BY THE COURT.

FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2004
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ) No. CV 04-1055-PA (RMC)
EXTRADITION OF       )     CR 03-309M
                     )
DARREN IRWIN COHEN,  ) STIPULATION AND [PROPOSED] ORDER
                     ) CONTINUING EXTRADITION HEARING
A Fugitive from the  )
Government of Canada ) Current Extradition Hearing Date:
                     ) August 18, 2004
                     ) Proposed Extradition Hearing Date:
                     ) August 25, 2004
                     ) Hearing Time: 9:30 a.m.
                     )
                     ) Courtroom of the Honorable
                     ) Rosalyn Chapman

IT IS HEREBY STIPULATED AND AGREED to by and between plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and fugitive Darren Irwin Cohen, by and through his counsel of record, Edmundo Espinoza, that the extradition hearing in this matter be continued from August 18, 2004 at 9:30 a.m. to August 25, 2004 at 9:30 a.m.

This continuance is agreed upon because counsel for the government has recently learned that he will be in trial in

United States v. Johnny Wilkes, CR No. 03-108-SVW, on the current extradition hearing date.

Respectfully submitted,

DEBRA W. YANG
United States Attorney

STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division

___8/7/04___
DATE

___/s/___
BEONG-SOO KIM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

___8/7/04___
DATE

Edmundo Espinoza by Beong-Soo pursuant to telephonic authorization 8/7/04
EDMUNDO ESPINOZA, ESQ.

Attorney for Fugitive
Darren Irwin Cohen

[PROPOSED] ORDER

IT IS SO ORDERED THAT the sentencing in this matter is continued from August 18, 2004 at 9:30 a.m. to August 25, 2004 at 9:00 a.m.

Dated: __8/4__, 2004   ___/s/___
HONORABLE ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I, Lisa Ortiz, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION AND [PROPOSED] ORDER CONTINUING EXTRADITION HEARING**
service was:

[X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows: **EDPINOZA EDMUNDO (858)755-3575**

[ ] By messenger as follows:

[ ] By federal express as follows:

This Certificate is executed on **August 2, 2004**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Lisa Ortiz