UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 04-1055-PA(RC)                Date: August 25, 2004

Title: IN RE THE EXTRADITION OF DARREN IRWIN COHEN
==================================================================
DOCKET ENTRY
==================================================================
PRESENT:
    HON. ROSALYN M. CHAPMAN, MAGISTRATE JUDGE

        Debra Taylor                          Tape # 306
        Deputy Clerk                         Court Reporter


ATTORNEYS PRESENT FOR PLTFS:        ATTORNEYS PRESENT FOR DEFTS:
Beong-Soo Kim, AUSA                     Edmundo Espinoza


PROCEEDINGS: EXTRADITION HEARING/ORAL ARGUMENT RE EXTRADITION

    A hearing was held on August 25, 2004, regarding the extradition to Canada of Darren Irwin Cohen. Beong-Soo Kim, Assistant United States Attorney, appeared on behalf of the government. Edmundo-Espinoza, attorney-at-law, appeared on behalf of Darren Irwin Cohen, who was present.

    The Court hears further argument. The Court finds no probable cause as to all three counts; thus, Darren Irwin Cohen is Ordered extradited to Canada to answer charges on those counts.

    The government shall submit the documents necessary to certify the extradition no later than September 10, 2004.

    Further, the Court vacates the portion of its July 2, 2004 Order requiring Darren Irwin Cohen to reimburse the United States for attorney fees paid for representation by the Federal Public Defender and Ms. Ellen Barry.

DOCKETED ON CM
AUG 31 2004
BY _____ 064

                                initials of Deputy Clerk
                                            30