

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE EXTRADITION OF | ) Case No. CV 04-1055-PA(RC) |
| DARREN IRWIN COHEN, | ) |
| A Fugitive from Canada, | ) ORDER CERTIFYING EXTRADITABILITY |
| | ) OF DARREN IRWIN COHEN |

The Court, having conducted an extradition hearing on August 25, 2004, and having fully considered all documentary evidence and oral argument, HEREBY FINDS:

(1) This Court has jurisdiction to conduct extradition proceedings, pursuant to 18 U.S.C. § 3184 and General Order 01-13 of the United States District Court for the Central District of California;

(2) this Court has personal jurisdiction over the fugitive Darren Irwin Cohen because he is presently in custody in the Central District of California;

(3) an extradition treaty is in effect between the United States and Canada;

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

(4) the documents submitted by the Government of Canada in support of its extradition request have been properly certified by the appropriate authorities and officials and establish that:

    A. criminal charges are now pending against Darren Irwin Cohen in Canada for: (1) fraud in excess of $5,000 in violation of Section 380(1)(a) of the Criminal Code of Canada; (2) failure to attend court hearings in violation of Section 145(2) of the Criminal Code of Canada; and (3) breach of recognizance in violation of Section 145(3) of the Criminal Code of Canada;

    B. the above offenses are extraditable offenses within the scope of the treaty between the United States and Canada, and each offense is punishable by imprisonment of one year or more in the United States and Canada;

    C. there is probable cause to believe that the above offenses have been committed and that Darren Irwin Cohen is the person who committed them;

(5) there is an outstanding warrant for the arrest and detention of Darren Irwin Cohen on the above offenses issued by a Canadian judge; and

(6) the individual who appeared before this Court is Darren Irwin Cohen, who is sought by the Government of Canada.

THIS COURT HEREBY CERTIFIES to the Secretary of State that Darren Irwin Cohen is found extraditable to Canada, pursuant to 18 U.S.C. § 3184, based on the foregoing findings.

IT IS HEREBY ORDERED that Darren Irwin Cohen be committed to the custody of the United States Marshal, or his authorized representa-

1 | tive, to be confined, without bail, until his surrender to the
2 | Government of Canada.
3 |
4 |     IT IS FURTHER ORDERED that the Clerk of Court shall forward to
5 | the Secretary of State a copy of this Certification, together with a
6 | copy of the documents received as evidence from the Government of
7 | Canada.
8 |
9 | September  10 , 2004.
10 |                                         ROSALYN M. CHAPMAN
                                  UNITED STATES MAGISTRATE JUDGE
11 |
12 | case041\04-1055.6
    9/10/04
13 |
14 | I hereby attest and certify on 9/10/04 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
15 | CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy
16 |
    0139