

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Priority      ✓
Send          ✓
Enter         ___
Closed        ___
JS-5/JS-6     ___
JS-2/JS-3     ___
Scan Only     ___

Case Nos.  CV 04-1055-PA(RC) ✓           Date:  September 17, 2004
           CV 04-7645-JVS(RC)

Title:  IN THE MATTER OF THE EXTRADITION OF DARREN IRWIN COHEN,
        A fugitive from the Government of Canada;
        Darren Irwin Cohen v. M. Benov

================================================================
**DOCKET ENTRY**


================================================================
     **HON. ROSALYN M. CHAPMAN,  UNITED STATES MAGISTRATE JUDGE**

Debra Taylor                            None
Deputy Clerk                            Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:
None Present                            None Present


**PROCEEDINGS:**   (IN CHAMBERS)


     The Clerk of Court **IS ORDERED** to change the case number under which petitioner's ex parte request for stay of extradition was lodged from case no. CV 04-1055-PA(RC) to case no. CV 04-7645-JVS(RC).

     This Order shall be placed by the Clerk of Court in both case files.


Service List:

Edmundo Espinoza                        Beong-Soo Kim
P.O. Box 1150                           Asst. United States Attorney
Del Mar, CA 92014                       312 North Spring Street
                                        Los Angeles, CA 90012


case041\04-1055.7
9/15/04                                 Initials of Deputy Clerk ___

32